810

No. 127. UNITED STATES *v.* O'MALLEY ET AL., EXECU-TORS. C. A. 7th Cir. Certiorari granted. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Loring W. Post* for the United States. *Thomas P. Sullivan* for respondents.

No. 282. AMELL ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari granted. *Lee Pressman, David Scribner* and *Joan Stern Kiok* for petitioners. *Solicitor General Cox* for the United States.

No. 341. WALLIS *v.* PAN AMERICAN PETROLEUM CORP. ET AL. C. A. 5th Cir. Certiorari granted. The Solicitor General is invited to file a brief expressing the views of the United States. *Murray F. Cleveland* for petitioner. *Morris Wright* and *Percy Sandel* for Pan American Petroleum Corp., and *E. L. Brunini* for McKenna, respondents.

No. 168, Misc. ELFBRANDT *v.* RUSSELL ET AL. Sup. Ct. Ariz. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari granted. The case is transferred to the appellate docket. *W. Edward Morgan* for petitioner. *Darrell F. Smith,* Attorney General of Arizona, *Philip M. Haggerty,* Assistant Attorney General, and *Norman E. Green* for respondents.

No. 99, Misc. BROOKHART *v.* OHIO. Sup. Ct. Ohio. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari granted. The case is transferred to the appellate docket. Petitioner *pro se. William B. Saxbe,* Attorney General of Ohio, and *Leo J. Conway,* Assistant Attorney General, for respondent.